# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA WESTERN DIVISION

| | |
|---|---|
| JANTECIA JACKSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CIVIL ACTION NUMBER: |
| ) | |
| BOLTA U.S. INC. ) | |
| ) | JURY DEMAND |
| ) | |
| Defendant. ) | |

## COMPLAINT

### I. INTRODUCTION

1. This is an action for legal and equitable relief to redress unlawful discrimination on the basis of race against the Plaintiff. The suit is brought to secure the protection of and to redress the deprivation of rights secured by Title VII of the Civil Rights Act of 1964 as amended by the Civil Rights Act of 1991, codified at 42 U.S.C. §§ 2000e et seq. (hereinafter "Title VII") and 29 U.S.C §1981. The Plaintiff requests a trial by jury of all issues so triable.

### II. PARTIES

2. Plaintiff, Jantecia Jackson, is an African-American female over the age of nineteen (19) years and a resident of Tuscaloosa County, Alabama.

3. Defendant BOLTA U.S. Inc. ("Bolta") is an employer subject to suit under Title VII of the Civil Rights Act of 1964 as amended by the Civil Rights Act of 1991 and the Civil Rights Act of 1866 as amended, 29. U.S. C. §1981.

4. Defendant Bolta has more than fifteen (15) employees and does business in Tuscaloosa County, Alabama.

### III. JURISDICTION AND VENUE

5. Jurisdiction is invoked pursuant to 28 U.S.C. §§ 1331, 1343(a)(3), 1343(a)(4) and 42 U.S.C. § 2000e-5.

6. Venue is proper in this Court and this judicial division and district. 28 U.S.C. 1391(b) and 42 U.S.C. § 2000e-5(f)(3). Title VII provides that actions may be brought in any district in the State where "the unlawful employment practice is alleged to have been committed, in the judicial district in which the employment records relevant to such practice are maintained and administered, or in the judicial district in which the aggrieved person would have worked but for the alleged unlawful employment practice" 42 U.S.C. § 2000e-5(f)(3).

### IV. ADMINISTRATIVE EXHAUSTION

7. Plaintiff has met all administrative conditions precedent for filing this case under Title VII. She filed a timely charge with the Equal Employment Opportunity Commission alleging discrimination on the basis of race and is filing

this suit within 90 days of receiving her notice of right to sue which was dated and received on August 3, 2021.

## V. CAUSES OF ACTION

### COUNT I - INTENTIONAL RACE DISCRIMINATION AND DISPARATE TREATMENT IN VIOLATION OF TITLE VII and 1981

8. Plaintiff realleges and incorporates by reference paragraphs 1-7 above with the same force and effect as if fully set out in specific detail hereinbelow.

9. Plaintiff Jantecia Jackson is Black and female.

10. She was hired by Bolta in March 2018 in inspection and in August 2018 she was moved to Safe Launch inspector.

11. She had previously worked at Bolta through an employment agency beginning in 2017.

12. In early March 2020, the plant closed due to Covid and Plaintiff was furloughed.

13. Plaintiff was called back in June 2020 but had just had a baby and took six weeks leave.

14. Once she was cleared by her doctor to go back to work, she took the doctor's return to work slip to human resources.

15. When Plaintiff did not hear from Bolta, she went to the plant and met with Angela Bearman, a new human resources employee.

16. Ms. Bearman told her that she would have to move from first shift to third shift and to a different area.

17. Plaintiff told Bearman she would need to work out child care. Plaintiff called Bearman that same day to say she could work night shift but was told the position was no longer available and that the position had been filled by a supervisor who is hispanic, latino and/or Guatamalan.

18. Contrary to Ms. Bearman's affidavit, Plaintiff never turned down a position.

19. Bearman told Plaintiff that she would get back with her about another position.

20. Upon information and belief, Plaintiff's position was filled by a latino, hispanic, and/or Guatalmalan named Marcella (LNU). Plaintiff had more seniority than Marcella and was told the reason she was moved to Plaintiff's shift was due to Marcella's own child care needs.

21. Plaintiff never heard back from Angela Bearman about another position, although she made repeated efforts to obtain employment.

22. The first time Plaintiff learned that she was no longer employed with Bolta was when she took her children to the dentist and was told she had no insurance. She subsequently received a COBRA notice saying that she was terminated as of September 22, 2020.

23. Plaintiff is unsure of who was placed into the third shift position she was denied but believes it was a person of a different race or national origin.

24. Plaintiff believes her termination was disparate treatment, based on her race and or national origin in violation of Title VII and/or §1981.

25. Plaintiff has no plain, adequate, or complete remedy at law to redress the wrongs alleged herein, and this suit for a declaratory judgment, equitable relief, backpay plus interest, an injunction and compensatory damages are her only means of securing adequate relief.

## VII. **PRAYER FOR RELIEF**

**WHEREFORE,** the Plaintiff respectfully prays that this Court assume jurisdiction of this action and after trial:

1. Grant the Plaintiff a permanent injunction enjoining the Defendant its agents, successors, employees, attorneys and those acting in concert with the Defendant and at the Defendant's request from continuing to violate Title VII of the Civil Rights Act of 1964, as amended.

2.   Enter an Order requiring the Defendant to make the Plaintiff whole by awarding her backpay (plus interest), compensatory damages, lost seniority, lost pension and other fringe benefits, and nominal damages,

3.   The Plaintiff further prays for such other relief and benefits as the cause of justice may require, including, but not limited to, an award of costs, attorneys' fees and expenses.

Dated November 1, 2021.

Respectfully submitted,

*Russell W. Adams*
Russell W. Adams (ASB-3760-A62R)
WIGGINS, CHILDS, PANTAZIS, FISHER
& GOLDFARB
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

**PLAINTIFF HEREBY DEMANDS TRIAL BY STRUCK JURY.**

**Plaintiff requests this Honorable Court to serve via certified mail upon the Defendant the following: Summons, Complaint.**

**Defendant's Company Registered Agent**

C.T. Corporation System
2 North Jackson Street St., Suite 605
Montgomery, Alabama 36104

                                                  *s/Russell W. Adams*
                                                  OF COUNSEL