# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

**JANTECIA JACKSON,**   }
                        }
   **Plaintiff,**     }
                        }
**v.**                  }   **Case No.: 7:21-CV-1464-RDP**
                        }
**BOLTA U.S., INC.,**   }
                        }
   **Defendant.**     }

## CLERK'S COURT MINUTE ENTRY
## DISMISSAL PURSUANT TO STIPULATION OF PARTIES[1]

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have jointly stipulated to dismissal of this action with prejudice. (Doc. #20).

The parties **SHALL** bear their own costs and fees.

This case was closed on November 9, 2022 and remains **CLOSED**.

**DATED:  November 10, 2022**.


                                                 SHARON N. HARRIS, CLERK


                                      By:  _____s/Kecia Lightner_____
                                                       Deputy Clerk

---

[1] On November 9, 2022, the court entered its order dismissing this case without prejudice, pending the completion of all settlement documentation between the parties.